IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES FISCHER, et ux., | * | Case No.: 93-3114 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiffs | * | |
| v. | * | |
| ACandS, Inc., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

O R D E R

1.   On Motion of Joanne Schaub for substitution in place of James Fischer, deceased, it appearing to the Court that the said James Fischer died testate on October 27, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Joanne Schaub has been duly appointed Personal Representative of the Estate of James Fischer, and is qualified and is acting as such.

2.   On Motion of Noreen Fischer, plaintiff and surviving spouse of James Fischer, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said James Fischer died on October 27, 1998; that the Plaintiff, Noreen Fischer, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Joanne Schaub, Personal Representative of the Estate of James Fischer, be substituted as Plaintiff herein in place of James Fischer, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

(1)



**IT IS HEREBY ALSO ORDERED,** that Noreen Fischer, Plaintiff and surviving spouse of James Fischer, be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE Charles R. Weiner

DATE: October 29, 2001